**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Louwanna Jan Martin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern    District of California (State) |
| Case number | 16-91083 |

## Form 4100R

# Response to Notice of Final Cure Payment                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

---

**Part 1:    Mortgage Information**

**Name of creditor:** Chalet Properties III, LLC

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 8 2 9 2

**Property address:** 4513 CHRISTINE AVE
Number    Street

KEYES, CA 95328
City            State      ZIP Code

---

**Part 2:    Prepetition Default Payments**

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $ _____

---

**Part 3:    Postpetition Mortgage Payment**

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                (a) $ 2465.38

b.  Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ _____

c.  **Total.** Add lines a and b.                    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:       02 / 01 / 2020
MM / DD / YYYY

---

| Debtor 1 | Louwanna Jan Martin | | | Case number *(if known)* | 16-91083 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | ✖ /s/ L. Bryant Jaquez | Date | 06 / 10 / 2020 |
|---|---|---|---|
| | Signature | | |

| Print | L. Bryant Jaquez | | | Title | Authorized Agent for Secured Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Ghidotti Berger, LLP |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 1920 Old Tustin Ave. | |
|---|---|---|
| | Number | Street |

| | Santa Ana, CA  92705 | | |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | ( 949 ) 427 – 2010 | Email | bknotifications@ghidottiberger.com |
|---|---|---|---|



**BSI Financial Services**

### Loan Information

| | |
|---|---|
| Loan # | ■■■-292 |
| Borrower | LOUWANNA JAN MARTIN |
| BK Case # | 16-91083 |
| Date Filed | 12/2/2016 |
| First Post Petition Due Date | 1/1/2017 |
| POC Covers | 8/2/15 - 12/1/16 |

### Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 1/1/2017 | $408.72 | $91.25 | $499.97 | |
| 1/1/2018 | $408.72 | $91.57 | $500.29 | 11/24/2017 |
| 8/1/2019 | $408.72 | $83.75 | $492.47 | 7/13/2019 |
| 4/1/2020 | $408.72 | $84.76 | $493.48 | 3/30/2020 |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |

### Ledger

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/13/2017 | $503.41 | suspense | 8/1/2015 | $499.97 | $503.41 | $503.41 | | $503.41 | | | $0.00 | $0.00 | |
| 3/14/2017 | $503.41 | 1/1/2017 | 9/1/2015 | $499.97 | $3.44 | $3.44 | | $506.85 | | | $0.00 | $0.00 | |
| 4/18/2017 | $503.41 | 2/1/2017 | 10/1/2015 | $499.97 | $3.44 | $3.44 | | $510.29 | | | $0.00 | $0.00 | |
| 4/18/2017 | | Trustee arrears | | | $0.00 | | $499.97 | $10.32 | $500.01 | | $500.00 | $500.00 | |
| 4/19/2017 | | 3/1/2017 | 10/1/2015 | $499.97 | $0.00 | | | $10.32 | $500.00 | | $500.01 | $500.01 | |
| 5/17/2017 | $503.41 | Trustee arrears | 11/1/2015 | $499.97 | $3.44 | $3.44 | | $13.76 | $166.67 | | $666.68 | $666.68 | |
| 5/18/2017 | $503.41 | 4/1/2017 | | $499.97 | $3.44 | $3.44 | | $13.76 | $166.67 | | $833.35 | $833.35 | |
| 6/14/2017 | | Trustee arrears | 12/1/2015 | $500.00 | $0.00 | | | $17.20 | $166.67 | | $833.35 | $833.35 | |
| 6/20/2017 | $503.41 | 5/1/2017 | | $499.97 | $3.44 | $3.44 | | $17.20 | $166.67 | | $1,000.02 | $1,000.02 | |
| 7/18/2017 | | Trustee arrears | | | $0.00 | | | $20.64 | $166.67 | | $1,000.02 | $1,000.02 | |
| 7/18/2017 | $503.41 | 6/1/2017 | 1/1/2016 | $499.97 | $3.44 | $3.44 | | $20.64 | $166.67 | | $1,000.02 | $1,000.02 | |
| 7/25/2017 | | Pre Petition Applied | 2/1/2016 | $500.00 | $0.00 | | | $20.64 | | $658.25 | $341.77 | $1,166.69 | |
| 7/28/2017 | | suspense | | | $0.00 | | | $20.64 | | | $341.77 | $1,166.69 | |
| 8/11/2017 | | Trustee arrears | | | $0.00 | | | $20.64 | $166.67 | | $598.44 | $1,166.69 | |
| 8/16/2017 | | Pre Petition Applied | 3/1/2016 | | $0.00 | | | $20.64 | | | $30.19 | $1,166.69 | |
| 8/24/2017 | $503.41 | suspense | | | $503.41 | $503.41 | | $524.05 | | | $30.19 | $1,166.69 | |
| 9/12/2017 | $503.41 | 7/1/2017 | 4/1/2016 | $499.97 | $3.44 | $3.44 | | $527.49 | $166.67 | | $196.86 | $1,333.36 | |
| 9/19/2017 | $503.41 | 8/1/2017 | 5/1/2016 | $499.97 | $3.44 | $3.44 | | $530.93 | $166.67 | | $196.86 | $1,333.36 | |
| 10/9/2017 | | Trustee arrears | | | $0.00 | | | $530.93 | $166.67 | | $363.53 | $1,500.03 | |
| 10/12/2017 | $503.41 | Pre Petition Applied | 6/1/2016 | | $3.44 | $3.44 | | $534.37 | $166.67 | | $530.20 | $1,666.70 | |
| 11/8/2017 | | 9/1/2017 | 7/1/2016 | | $0.00 | | $499.97 | $34.40 | $166.67 | | $530.20 | $1,666.70 | |
| 11/16/2017 | $503.41 | suspense | 8/1/2016 | | $3.44 | $3.44 | | $34.40 | $166.67 | | $530.20 | $1,666.70 | |
| 11/29/2017 | | Pre Petition Applied | | | $0.00 | | | $34.40 | | | $530.20 | $1,666.70 | |
| 12/12/2017 | | suspense | | | $0.00 | | | $34.40 | $166.67 | | $1,833.37 | $1,833.37 | |
| 12/13/2017 | $503.41 | 10/1/2017 | 9/1/2016 | $499.97 | $503.41 | $503.41 | | $537.81 | | | $128.62 | $1,833.37 | |
| 1/2/2018 | $503.41 | Trustee arrears | | | $3.44 | $3.44 | | $537.81 | | | $128.62 | $1,833.37 | |
| 1/10/2018 | | suspense | | | $0.00 | | | $537.81 | | | $128.62 | $1,833.37 | |
| 2/12/2018 | | Trustee arrears | | | $0.00 | | | $541.25 | $166.67 | | $295.29 | $2,000.04 | |
| 2/13/2018 | | 11/1/2017 | 10/1/2016 | $499.69 | $0.00 | | $499.69 | $541.25 | $166.67 | | $541.96 | $2,166.71 | |
| 3/9/2018 | | 12/1/2017 | 11/1/2016 | $499.97 | $0.32 | $0.32 | | $545.01 | $166.67 | | $541.96 | $2,166.71 | |
| 3/12/2018 | | Trustee arrears | | | $0.00 | | | $545.01 | | | $628.63 | $2,333.38 | |
| 4/12/2018 | $500.29 | Trustee arrears | | | $0.00 | | | $545.01 | $166.67 | | $795.30 | $2,500.05 | |
| 4/13/2018 | $500.29 | Pre Petition Applied | 12/1/2016 | $500.29 | $0.00 | | | $545.01 | $166.67 | | $2,500.05 | $2,500.05 | |
| 4/17/2018 | | 1/1/2018 | | $500.29 | $0.00 | | | $545.01 | | | $227.05 | $2,500.05 | |
| 5/8/2018 | $500.29 | Trustee arrears | 2/1/2017 | $500.29 | $0.00 | | | $545.01 | $166.67 | | $393.72 | $2,666.72 | |
| 6/6/2018 | | 2/1/2018 | | $500.29 | $0.00 | | | $545.01 | | | $393.72 | $2,666.72 | |
| 6/12/2018 | $500.29 | Trustee arrears | 3/1/2017 | $500.29 | $0.00 | | | $545.01 | $166.67 | | $560.39 | $2,833.39 | |
| 6/27/2018 | | 3/1/2018 | | $500.29 | $0.00 | | | $545.01 | | | $560.39 | $2,833.39 | |
| 7/17/2018 | | Trustee arrears | 4/1/2017 | $500.29 | $0.00 | | | $545.01 | $166.67 | | $727.06 | $3,000.06 | |
| 7/19/2018 | $500.29 | 4/1/2018 | | $500.29 | $0.00 | | | $545.01 | | | $727.06 | $3,000.06 | |
| 8/9/2018 | | Trustee arrears | | | $0.00 | | | $545.01 | $166.67 | | $893.73 | $3,166.73 | |
| 8/22/2018 | $500.29 | 5/1/2018 | 5/1/2017 | $500.29 | $0.00 | | | $545.01 | | | $893.73 | $3,166.73 | |
| 8/23/2018 | $500.29 | 6/1/2018 | 6/1/2017 | $500.29 | $0.00 | | | $545.01 | | | $1,060.40 | $3,333.40 | |
| 10/1/2018 | | Trustee arrears | | | $0.00 | | | $545.01 | $166.67 | | $1,060.40 | $3,333.40 | |
| 10/13/2018 | $500.29 | 7/1/2018 | 7/1/2017 | $500.29 | $0.00 | | | $545.01 | | | $1,060.40 | $3,333.40 | |
| 12/3/2018 | | Trustee arrears | | | $0.00 | | | $545.01 | $166.67 | | $1,227.07 | $3,500.07 | |
| 12/3/2018 | $500.29 | 8/1/2018 | 8/1/2017 | $500.29 | $0.00 | | | $545.01 | | | $1,227.07 | $3,500.07 | |
| 12/7/2018 | | 4331306% | | | $0.00 | | | $545.01 | $166.67 | | $1,393.74 | $3,666.74 | |
| 1/9/2018 | | Trustee arrears | | | $0.00 | | | $545.01 | | | $1,393.74 | $3,666.74 | |
| 1/9/2018 | $500.29 | 9/1/2018 | 9/1/2017 | $500.29 | $0.00 | | | $545.01 | $166.67 | | $1,560.41 | $3,833.41 | |
| 2/19/2019 | | 10/1/2018 | 10/1/2017 | $500.29 | $0.00 | | | $44.72 | | | $1,560.41 | $3,833.41 | |
| 2/19/2019 | $500.29 | Pre Petition Applied | 11/1/2017 | $500.29 | $0.00 | | | $44.72 | | | $1,227.11 | $4,000.08 | |
| 3/20/2019 | $500.29 | 11/1/2018 | | $500.29 | $0.00 | | | $44.72 | $166.67 | | $1,393.78 | $4,166.75 | |
| 3/29/2019 | $500.29 | Trustee arrears | | | $0.00 | | | $44.72 | | | $1,393.78 | $4,166.75 | |
| 4/12/2019 | $500.29 | 12/1/2018 | | $500.29 | $500.29 | | $500.29 | $1,045.30 | | | $1,393.78 | $4,166.75 | |
| 4/12/2019 | $500.29 | 1/1/2019 | | $500.29 | $500.29 | | $500.29 | $545.01 | | | $1,393.78 | $4,166.75 | |
| 4/16/2019 | | Trustee arrears | 2/1/2018 | $500.29 | $0.00 | | | $44.72 | $166.67 | | $1,560.45 | $4,333.42 | |

| Date | Amount | Description | Date | Amount | Amount | Amount | Amount | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/16/2019 | $500.29 | suspense | | $500.29 | $500.29 | | $545.01 | | $1,560.45 | $4,333.42 |
| 5/13/2019 | $500.29 | suspense | | $500.29 | $500.29 | | $1,045.30 | | $1,560.45 | $4,333.42 |
| 5/20/2019 | | Trustee arrears | | | $0.00 | | $1,045.30 | | $1,727.12 | $4,333.09 |
| 5/23/2019 | | Pre Petition Applied | 3/1/2018 | | $0.00 | | $1,045.30 | $166.67 | $1,226.83 | $4,500.09 |
| 5/23/2019 | | | 4/1/2018 | $500.29 | $0.00 | | $545.01 | | $1,226.83 | $4,500.09 |
| 5/23/2019 | | | 5/1/2018 | $500.29 | $0.00 | | $44.72 | | $1,226.83 | $4,500.09 |
| 6/17/2019 | | | 6/1/2018 | | $0.00 | | $44.72 | $166.67 | $1,393.50 | $4,666.76 |
| 6/21/2019 | | Pre Petition Applied | | | $0.00 | | $44.72 | $166.67 | $1,560.17 | $4,833.43 |
| 6/21/2019 | $500.29 | suspense | | $500.29 | $0.00 | | $44.72 | | $1,560.17 | $4,833.43 |
| 6/24/2019 | $500.29 | suspense | | $500.29 | $0.00 | $500.29 | $545.01 | | $1,560.17 | $4,833.43 |
| 7/15/2019 | $500.29 | Trustee arrears | 7/15/2019 | | $0.00 | | $545.01 | $166.67 | $1,726.84 | $5,000.10 |
| 7/15/2019 | | 5/1/2019 | 7/1/2018 | | $0.00 | | $44.72 | | $1,726.84 | $5,000.10 |
| 7/25/2019 | | Pre Petition Applied | 8/1/2018 | | $0.00 | $500.29 | $44.72 | | $1,726.84 | $5,000.10 |
| 7/25/2019 | | Pre Petition Applied | 9/1/2018 | | $0.00 | | $36.90 | | $726.26 | $5,000.10 |
| 7/25/2019 | | 6/1/2019 | 10/1/2018 | | $7.82 | $7.82 | $36.90 | | $726.26 | $5,000.10 |
| 9/10/2019 | | Trustee arrears | | | $0.00 | | $36.90 | $166.67 | $890.93 | $5,166.77 |
| 9/10/2019 | $492.47 | Trustee arrears | 7/1/2019 | | $0.00 | | $36.90 | $166.67 | $1,059.60 | $5,333.44 |
| 9/12/2019 | | | 7/1/2019 | $500.29 | $0.00 | | $36.90 | | $1,059.60 | $5,333.44 |
| 7/31/2019 | | Trustee arrears | 11/1/2018 | | $0.00 | | $36.90 | $166.67 | $1,226.27 | $5,500.11 |
| 10/9/2019 | $500.29 | | 12/1/2018 | $492.47 | $0.00 | | $36.90 | | $1,226.27 | $5,500.11 |
| 10/9/2019 | | Trustee arrears | | | $0.00 | | $36.90 | $166.67 | $1,393.94 | $5,666.78 |
| 11/12/2019 | $492.47 | | 1/1/2019 | $492.47 | $0.00 | | $36.90 | | $1,393.94 | $5,666.78 |
| 11/12/2019 | | Trustee arrears | | | $0.00 | | $36.90 | $166.67 | $1,559.61 | $5,833.45 |
| 12/12/2019 | $492.47 | 9/1/2019 | 2/1/2019 | $492.47 | $0.00 | | $36.90 | | $1,559.61 | $5,833.45 |
| 12/12/2019 | | 10/1/2019 | 3/1/2019 | | $0.00 | | $36.90 | | $1,559.61 | $5,833.45 |
| 12/10/2019 | $492.47 | 11/1/2019 | | $492.47 | $0.00 | | $36.90 | | $1,559.61 | $5,833.45 |
| 1/7/2020 | $492.47 | Trustee arrears | | $492.47 | $0.00 | | $36.90 | $166.67 | $1,726.28 | $5,833.46 |
| 2/11/2020 | | 12/1/2019 | 4/1/2019 | | $0.00 | | $36.90 | | $1,726.28 | $6,000.12 |
| 2/11/2020 | $492.47 | 1/7/2020 | | $492.47 | $0.00 | | $36.90 | | $1,892.95 | $6,000.12 |
| 2/11/2020 | | 11/1/2019 | | | $0.00 | | $36.90 | $166.67 | $1,892.95 | $6,166.79 |
| 3/26/2020 | | Trustee arrears | 5/1/2019 | | $0.00 | | $36.90 | $2,170.96 | $3,563.62 | $6,166.79 |
| 3/26/2020 | $492.47 | Pre Petition Applied | 6/1/2019 | $492.47 | $0.00 | | $36.90 | | $3,563.62 | $6,166.79 |
| 3/26/2020 | | 12/1/2019 | 7/1/2019 | | $0.00 | | $36.90 | $500.29 | $3,063.33 | $8,337.75 |
| 3/26/2020 | | Pre Petition Applied | 8/1/2019 | | $0.00 | | $36.90 | $492.47 | $2,878.38 | $8,337.75 |
| 3/26/2020 | | Pre Petition Applied | 9/1/2019 | | $0.00 | | $36.90 | $2,078.39 | $8,337.75 |
| 3/26/2020 | | Pre Petition Applied | 10/1/2019 | | $0.00 | | $36.90 | $492.47 | $1,585.92 | $8,337.75 |
| 3/26/2020 | | Pre Petition Applied | 11/1/2019 | | $0.00 | | $36.90 | $492.47 | $1,093.45 | $8,337.75 |
| | | Pre Petition Applied | 12/1/2019 | | $0.00 | | $36.90 | $492.47 | $600.98 | $8,337.75 |
| | | Pre Petition Applied | 1/1/2020 | | $0.00 | | $36.90 | $492.47 | $108.51 | $8,337.75 |

Post Petition due

| Date | Amount | Date | Amount | | | | Amount | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/1/2020 | $492.47 | 2/1/2020 | $492.47 | | | | $36.90 | | $108.51 | $8,337.75 |
| 3/1/2020 | $492.47 | 3/1/2020 | $492.47 | | | | $36.90 | | $108.51 | $8,337.75 |
| 4/1/2020 | $493.48 | 4/1/2020 | $493.48 | | | | $36.90 | | $108.51 | $8,337.75 |
| 5/1/2020 | $493.48 | 5/1/2020 | $493.48 | | | | $36.90 | | $108.51 | $8,337.75 |
| 6/1/2020 | $493.48 | 6/1/2020 | $493.48 | | | | $36.90 | | $108.51 | $8,337.75 |

(subsequent rows continue with $36.90 / $108.51 / $8,337.75)